SCOTT N. SCHOOLS (SCSBN 9990)  *E-filed 1/4/08*
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 07-70709 HRL |
|    Plaintiff, | |
| v. | |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
|    Defendants. | |

    Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing dates in the above-captioned matter, presently scheduled for Tuesday, January 8, 2008, at 9:30 a.m. (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and Thursday, January 10, 2008, at 11:00 a.m. (for Defendant BEHAR), be continued to Thursday, January 24, 2008, at 9:30 a.m.  The continuance has been requested in order to allow each defense counsel an opportunity to review discovery and discuss the matter with their client.  Furthermore, the government anticipates providing additional discovery and

1

1 possibly settlement offers.

2     The parties further agree and stipulate that time should be excluded from their respective
3 currently scheduled preliminary hearing date: January 8, 2008 (for Defendants HOGUE,
4 BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR) through and
5 including January 24, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18
6 U.S.C. §3161(h)(8)(A) and (B)(iv). Accordingly, the United States and the defendant agree that
7 granting the requested exclusion of time will serve the interest of justice and outweigh the
8 interest of the public and defendant in a speedy trial.

10 DATED: December 19, 2008                               SCOTT N. SCHOOLS
                                                                                United States Attorney

12                                                       ____/s/_____
                                                      JEFFREY B. SCHENK
13                                                       Assistant United States Attorney

16                                                     _____/s/_____
                                                      PETER LEEMING
17                                                       Attorney for Mr. Behar

20                                                     _____/s/_____
                                                      GEOFFREY BRAUN
21                                                       Attorney for Ms. Hogue

24                                                     _____/s/_____
                                                      LARA VINNARD
25                                                       Attorney for Ms. Bergstrand

26 //

27 //

28 //

```
____/s/_____
JERRY FONG
Attorney for Mr. Lagace
```

### **ORDER**

The parties have jointly requested a continuance of the hearing set for January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR) be continued to January 24, 2008 at 9:30 a.m. as well as the period of delay from January 8, 2008 (for Defendants HOGUE, BERGSTRAND, AND LAGACE) and January 10, 2008 (for Defendant BEHAR), to and including January 24, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

DATED: 1/3/08

```
_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE
```

3